UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS C. BAKKER, | Civil No. C08-5336BHS-JKA |
| Plaintiff, | |
| vs. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ORDER |
| Defendant | |

Based upon the stipulation of the parties, it is hereby ORDERED that the Defendant shall have an extension to and including November 28, 2008, to file Defendant's answering brief. It is further ORDERED that Plaintiff shall have to and including December 19, 2008, to file Plaintiff's Reply Brief.

DATED this 6th day of November, 2008.

*/s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDGE

Page 1     ORDER- [3:08-CV-5336-BHS-JKA]

1

2  Presented by:

3  s/ L. Jamala Edwards
   L. JAMALA EDWARDS
4  Special Assistant U.S. Attorney
   Attorney for Defendant
5  701 Fifth Ave, Ste 2900, M/S 901
6  Seattle, WA   98104-7075
   Phone:  206-615-3749
7  Fax:      206-615-2531
   jamala.edwards@ssa.gov
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 Page 2      ORDER- [3:08-CV-5336-BHS-JKA]