# United States District Court

WESTERN DISTRICT OF WASHINGTON

THOMAS C. BAKKER

             v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5336BHS

  __  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court **DECLINES TO ADOPT** the Report and Recommendation (Dkt. 17) as stated herein; and

2. This action is **REMANDED** to the Social Security Administration for further proceedings consistent with this order.

| | |
|---|---|
|   April 14, 2009 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |