# United States District Court

WESTERN DISTRICT OF WASHINGTON

THOMAS C. BAKKER

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

CASE NUMBER: C08-5336BHS

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's attorney Eitan Kassel Yanich is hereby awarded EAJA fees of $7,206.43, costs in the sum of $350.00, and expenses in the sum of $41.72.

| July 28, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

_s/CM Gonzalez_
Deputy Clerk